# First District Court of Appeal
# State of Florida

_____

No. 1D2023-1863
_____

Keonaudre Hakim Patterson,

Appellant,

v.

State of Florida,

Appellee.

_____

On appeal from the Circuit Court for Escambia County.
Linda L. Nobles, Judge.

July 22, 2024

Per Curiam.

Affirmed.

Lewis, Roberts, and Ray, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Candice Kaye Brower, Criminal Conflict and Civil Regional Counsel, and Michael Jerome Titus, Assistant Regional Conflict Counsel, Tallahassee; Elizabeth Ann Amond, Assistant Regional Conflict Counsel, Pensacola, for Appellant.

Ashley Moody, Attorney General, and Damaris Esperanza Reynolds, Assistant Attorney General, Tallahassee, for Appellee.